**DISTRICT ATTORNEY**
OF THE
COUNTY OF NEW YORK
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000

**ROBERT M. MORGENTHAU**
DISTRICT ATTORNEY

RECEIVED SEP 27 2007 CHAMBERS OF ANDREW J. PECK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/07

MEMO ENDORSED 9/27/07

1 Extension approved
2 No further extensions will be granted.

September 27, 2007

SO ORDERED:

Andrew Jay Peck
United States Magistrate Judge

BY HAND

Honorable Andrew J. Peck
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, New York 10007

BY FAX

Re: Wells v. Ricks
07 Civ. 6982 (CM) (AJP)

Your Honor:

Under an agreement with the New York State Attorney General's office, the District Attorney, New York County will be representing the interests of the respondent in the above-captioned matter, a 28 U.S.C. section 2254 proceeding. Previously, on September 5, 2007, this Court directed that the People respond by October 12, 2007. In a September 24, 2007 letter, the People requested a 32-day extension, until November 13, 2007, to file their response. This Court, in a letter dated September 25, 2007, directed the People to seek Petitioner's counsel's consent to this adjournment. Further, this Court asked the People to "address the § 636(c) issue."

The purpose of this letter is to inform the court that Petitioner's counsel has consented to a 32-day extension of our time to file a response to their petition. Upon this Court's order, this will permit the People until Tuesday, November 13, 2007 to file a response. Further, the People consent to Petitioner's counsel's request to have an extension of time in which to file their response to the People. Petitioner asks to have until December 11, 2007, and the People consent to this adjournment.

Lastly, pursuant to 28 U.S.C. § 636, the parties do not consent to a decision by a United States Magistrate Judge.

**DISTRICT ATTORNEY COUNTY OF NEW YORK**

Hon. Andrew J. Peck                -2-                September 27, 2007

      I certify that a copy of this letter is being mailed to Judge McMahon, Petitioner, and Petitioner's counsel at the addresses below.

Respectfully,

Eric Rosen
Assistant District Attorney
(212) 335-9328
(212) 335-9288 (FAX)

cc:      Terence Wells
        #02A0505
        Upstate Correctional Facility
        309 Bare Hill Road
        Malone, NY 12953

        Richard Shutran
        Kelly Librera
        Lisa M. Card
        DEWEY BALLANTINE LLP
        1301 Avenue of the Americas
        New York, NY 10019

        Honorable Colleen McMahon
        United States District Court Judge
        Southern District of New York
        United States Courthouse
        500 Pearl Street, Room 640
        New York, New York 10007

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

**Dated:** September 27, 2007        **Total Number of Pages:** 3

| TO | FAX NUMBER |
|---|---|
| Kelly Anne Librera, Esq. | 212-259-6333 |
| Richard M. Greenberg, Esq. | 212-402-4199 |
| Eric Rosen, Esq. | 212-335-9288 |

**MEMO ENDORSED 9/27/07**

1.  Extensions approved.

2.  No further extensions will be granted.

**Copy to:**   Judge Colleen McMahon