UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

TERENCE WELLS, :

           Petitioner, :

    -against- :

THOMAS RICKS, Superintendent, :
Upstate Correctional Facility,
    :
           Respondent.
----------------------------------------x

07 Civ. 6982 (CM) (AJP)

**ORDER**

**ANDREW J. PECK, United States Magistrate Judge:**

    Petitioner's counsel shall provide to the Court a copy of all pages of the voir dire transcript in counsel's possession by Monday, January 14, 2008. (See Dkt. No. 11: 12/20/07 Ltr. at 1.)

SO ORDERED.

DATED:    New York, New York
              January 9, 2007

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax** to:    Richard Shutran, Esq.
                       Kelly Librera, Esq.
                       Lisa M. Card, Esq.
                       Richard M. Greenberg, Esq.
                       Eric Rosen, Esq.
                       Judge Colleen McMahon

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/08