UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

TERENCE WELLS,                                     :

            Petitioner,                       :          07 Civ. 6982 (CM) (AJP)

         -against-                                 :          ORDER SCHEDULING
                                                                      HEARING
THOMAS RICKS, Superintendent,          :
Upstate Correctional Facility,

                                              :
            Respondent.
                                              :

------------------------------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

       IT IS HEREBY ORDERED that the reconstruction hearing referred to in my Order of January 23, 2008 is now scheduled for February 21, 2008 at 9:30 a.m. in Courtroom 20D (500 Pearl Street).

       SO ORDERED.

Dated:       New York, New York
                   January 25, 2008

                                                      Andrew J. Peck
                                                      United States Magistrate Judge

Copies **by fax** to:    Kelly Anne Librera, Esq.
                                Lisa Marie Card, Esq.
                                Richard Shutran, Esq.
                                Richard M. Greenberg, Esq.
                                Sara Gurwitch, Esq.
                                Eric Rosen, Esq.
                                Judge Colleen McMahon