# DEWEY & LEBOEUF

**MEMO ENDORSED**

Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019-6092

tel +1 212 259 6710
fax +1 212 259 6333
rshutran@dl.com

February 26, 2008

BY FAX

The Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007

2/27/2008
Granted
CM

Re: Wells v. Ricks, 07 Civ. 6982 (CM) (AJP)

Dear Judge McMahon:

With the Office of the Appellate Defender, we represent Terence Wells in the above-referenced matter, a proceeding for habeas corpus relief pursuant to 28 U.S.C. § 2254. We are in receipt of the 83-page Report and Recommendation in this matter issued earlier today by Magistrate Judge Andrew J. Peck. According to the related docket entry, objections to the Report and Recommendation are due March 10, 2008. Given the length of the Report and Recommendation and the complexity of the issues involved, we respectfully request that the parties have until March 27, 2008 to file objections and until April 28, 2008 to file responses to any objections. This is Petitioner's first request for an extension of time. Counsel for Respondent, Assistant District Attorney Eric Rosen, has consented to this proposed schedule.

Respectfully submitted,

Richard Shutran

cc: The Honorable Andrew J. Peck
Eric Rosen, Esq.
Sara Gurwitch, Esq.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08